WAGNER *v.* INTERNATIONAL BROTHERHOOD OF ELECTRICIANS, LOCAL NO. 1305, ET AL.

No. 300. Decided October 19, 1959.

*Paul Ginsberg* for appellant.

*Carl E. Glock* for the Pittsburgh & Lake Erie Railroad Co.; and *Loyal H. Gregg* and *Richard R. Lyman* for the International Brotherhood of Electricians, Local No. 1305, appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.